**COM.**

v.

**SHAFFER, K.**

**3446 EDA 2016**

Superior Court of Pennsylvania.

07/17/2017
Reargument Denied 9/20/2017

CP–64–CR–0000042–2006 (Wayne)

Quashed

■

**WELLS FARGO BANK, N.A.**

v.

**POSOFF, R.**

**3472 EDA 2016**

Superior Court of Pennsylvania.

07/17/2017

No. 16–0792
(Delaware)

Affirmed

**IN the INTEREST OF: J.A.V. JR., a Minor**

**3702 EDA 2016**

Superior Court of Pennsylvania.

07/17/2017

CP–51–AP–0000852–2016
(Philadelphia)

Affirmed

**COM.**

v.

**DAPP, C.**

**27 EDA 2017**

Superior Court of Pennsylvania.

07/17/2017

CP–52–CR–0000348–2014 (Pike)

Affirmed—Application to Withdraw as Counsel Granted